UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZAKERY MICHAEL BONDS,

        Plaintiff,

v.

PIERCE COUNTY, et al.,

        Defendants.

C23-5720 TSZ SKV

ORDER

THIS MATTER comes before the Court on the Report and Recommendation dated January 14, 2025, issued by the Honorable S. Kate Vaughan, United States Magistrate Judge ("R&R"). No objection to the R&R having been received, and the Court having reviewed the R&R and being otherwise familiar with this action and the related proceedings, the Court hereby ORDERS:

(1) The R&R, docket no. 11, is ADOPTED as follows: this case is hereby DISMISSED as duplicative of <u>Wolfclan, et al. v. Pierce County, et al.</u>, C23-5399 TSZ SKV, in which plaintiff Zakery Michael Bonds has been identified as a named plaintiff; <u>see</u> 3d Am. Compl. (C23-5399, docket no. 147); 2d Am. Compl. (C23-5399, docket no. 135);

ORDER - 1

(2) The dismissal of this matter shall not have any preclusive effect regarding, and is without prejudice to, plaintiff's claims in Case No. C23-5399 TSZ SKV; and

(3) The Clerk is directed to send a copy of this Order to plaintiff pro se, as well as to all counsel of record in Case No. C23-5399 TSZ SKV, and to CLOSE this case.

IT IS SO ORDERED.

Dated this 26th day of February, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 2